

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
        Plaintiff

CASE NUMBER: CR: 73-ORL-22OAB
10-2461-BROWN

VS.

REPORT COMMENCING CRIMINAL ACTION

Eric Albert Seiden
        Defendant

83668-004
USMS NUMBER

TO: CLERK'S OFFICE     (MIAMI)     FT. LAUDERDALE     W. PALM BEACH
U.S. DISTRICT COURT     (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 4-6-2010    (A.M.) 815   P.M. _____

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: 18 USC 2422(b) transmission of obscene material  18 USC 2251(a) - online enticement  18 USC 1470 - Production of child porn

(4) DATE OF BIRTH: 08/22/1965

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    {✓} INDICTMENT          { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINAL DISTRICT: Middle District of Florida

(6) REMARKS: _____

(7) DATE: 4-6-2010     (8) ARRESTING OFFICER: Joe Grey

(9) AGENCY: ICE     (10) PHONE: (321) 403-3574

(11) COMMENTS: _____