UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __10-2461-BROWN__

UNITED STATES OF AMERICA,

    v.

**ERIC A. SEIDEN**

**WARRANT OF REMOVAL**
REG NO.: 83668-004

A(n) _____ Complaint

    __XX__ Indictment

    _____ Information

    _____ Supervised Release Warrant

    _____ Bench Warrant

having been filed in the __M/D FL.,__ charging the above named defendant with __CHILD PORNO__ and the defendant having

    _____ surrendered

    __X__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

    __✓__ waived further hearing

    _____ been given a hearing in accordance with **Fed.R.Crim.P. 40.**

**DONE AND ORDERED** at Miami, Florida this __20TH__ Day of __APRIL__, 2010.

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense
   Pretrial Services
   U.S. Marshal (2 certified copies)